LEWIS BRISBOIS BISGAARD & SMITH LLP
VINCENT F. ALEXANDER, Florida State Bar No. 68114
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Fax: 954-728-1282
E-mail: Vincent.Alexander@lewisbrisbois.com

Attorneys for Defendant,
THE MCCLATCHY COMPANY, LLC

FILED BY ___MM___ D.C.
NOV 18 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION

| | |
|---|---|
| ROBERT KELLY, ERYN LEARNED, and KERRY WANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE MCCLATCHY COMPANY, LLC, a Delaware Corporation,<br><br>Defendant. | Case No.  22-mc-81814-AMC<br><br>**DEFENDANT THE MCCLATCHY COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO BISCAYNE MARKETING, INC.**<br><br>Date:<br>Time:<br>Crtm: |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant The McClatchy Company, LLC ("McClatchy") will, and hereby does, move this Court, pursuant to F.R.C.P. Rule 45(d)(3) for an order quashing or modifying the subpoena issued to non-party Biscayne Marketing, Inc.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Amy L. Pierce, the Request for Judicial Notice and McClatchy's concurrent and prior filings, and all facts the Court may or should take judicial notice of, the pleadings, records, and files in this action, and any oral or documentary evidence presented at any hearing on this Motion.

Pursuant to Local Rule 7.1(a)(3), I certify that I have conferred with all parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues raised in the

1 | motion, and have been unable to do so.

2 | DATED: November 17, 2022       LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/Vincent F. Alexander*
VINCENT F. ALEXANDER
Attorneys for Defendant,
THE MCCLATCHY COMPANY, LLC

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4895-9913-3756.1                         2
DEFENDANT THE MCCLATCHY COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO BISCAYNE MARKETING, INC.

# FEDERAL COURT PROOF OF SERVICE
*Robert Kelly, et al. v. The McClatchy Company, LLC*
United States District Court, Southern District of Florida

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **November 17, 2022**, I served the following document(s): **DEFENDANT THE MCCLATCHY COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO BISCAYNE MARKETING, INC.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Adrienne McEntee | Anthony Paronich |
| Beth E. Terrell | Paronich Law, P.C. |
| Jennifer Rust Murray | 350 Lincoln Street, Suite 2400 |
| Samuel J. Strauss | Hingham, Massachusetts 02043 |
| Marshall Law Group PLLC | Email: anthony@paronichlaw.com |
| 936 N. 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Kristin Kemnitzer |
| Email: amcentee@terrellmarshall.com | Adam McNeile |
| Email: bterrell@terrellmarshall.com | Kemnitzer, Barron & Krieg |
| Email: jmurray@terrellmarshall.com | 42 Miller Avenue |
| Email: sam@turkestrauss.com | Mill Valley, California 94941-1904 |
| | Email: Kristin@kbklegal.com |
| | Email: adam@kbklegal.com |

The documents were served by the following means:

☒ **(BY OVERNIGHT DELIVERY)** Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **November 17, 2022**, at Sacramento, California.

/s/ Roxy A. Chipak
Roxy A. Chipak

4895-9913-3756.1                                    1

DEFENDANT THE MCCLATCHY COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO BISCAYNE MARKETING, INC.